CHARLES JUNGMAN, Respondent, *v.* ANDREW D. PARKER, Appellant.

Reported below, 123 App. Div. 923
(Argued February 17, 1908; decided February 25, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 23, 1908, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action for money had and received.

The motion was made upon the ground that the Court of Appeals is without jurisdiction to hear the appeal, no questions of law being involved.

*Milton Mayer* for motion.

*Andrew D. Parker* opposed.

Motion denied, with ten dollars costs.